UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILINA AMERICA INC., a California Corporation;<br>    Plaintiff,<br><br>vs.<br><br>SEXY DIVA INC., d/b/a SEXY DIVA FASHION, a California corporation; HENRY VEDAD, an Individual; WALL STREET FASHION CORP., a California corporation; MEHDI JAZEB, an Individual; RNS INTERNATIONAL, INC., a California corporation; BYOUNG CHUL KIM, an Individual; BNA TEXTILE, INC., a California corporation; SOOK IL SHIN KIM, an Individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 17-2805-GW(SSx)<br><br>**JUDGMENT**<br><br>Date: March 12, 2018<br>Time: 8:30 a.m.<br>Court: 350 West 1st Street<br>       Courtroom 9D<br>Judge: Hon. George H. Wu |

## JUDGMENT

Plaintiff KILINA AMERICA INC. ("Plaintiff") has moved this Court for an order granting default judgment against Defendants SEXY DIVA INC., d/b/a SEXY DIVA FASHION; HENRY VEDAD; WALL STREET FASHION CORP.; MEHDI JAZEB; RNS INTERNATIONAL, INC.; BYOUNG CHUL KIM; BNA TEXTILE, INC.; and SOOK IL SHIN KIM (collectively "Defendants").

After full consideration of the evidence submitted by the parties, the Court Orders Default Judgment against SEXY DIVA INC., d/b/a SEXY DIVA FASHION; HENRY VEDAD; WALL STREET FASHION CORP.; MEHDI JAZEB; RNS INTERNATIONAL, INC.; BYOUNG CHUL KIM; BNA TEXTILE, INC.; and SOOK IL SHIN KIM and:

1. Judgment is entered against Defendants in favor of Plaintiff in the amount of $30,000;
2. Attorney's fees in the amount of $2,400 and costs in the amount of $799.45 are awarded in favor of Plaintiff against the above-said Defendants;
3. Post-judgment interest is awarded against Defendants in an amount that is to be calculated from the date of entry of judgment at a rate prescribed by law.

Dated: March 26, 2018

_____
GEORGE H. WU,
United States District Judge